**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **AMERICAN COMMUNITY LENDING HOLDINGS, LLC f/k/a CAZ CREEK LENDING HOLDINGS, LLC,** | ) | |
| **Plaintiffs,** | ) | **Civil Action No.:** 4:26-cv-587 |
| **v.** | ) | |
| **ENDEAVOR GROUP REAL ESTATE, LLC, a Wyoming limited liability company AND PRAMUKH MAHANT SENIOR LIVING FORT WORTH, LLC, a Kentucky limited liability company,** | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiff, American Community Lending Holdings, LLC f/k/a Caz Creek Lending Holdings, LLC ("Plaintiff") and respectfully states as follows:

1.

**The undersigned counsel for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and publically held corporation that owns 10% or more of the stock of Defendants:**

| | |
|---|---|
| **Plaintiffs:** | American Community Lending Holdings, LLC f/k/a Caz Creek Lending Holdings, LLC |
| **Defendants:** | Endeavor Real Estate Group, LLC, Pramukh Mahant Senior Living Fort Worth, LLC, Harikrishna Patel, Richard Mark Rubin, and Avi Patel. |

2.

**The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Calmont Villa FW, LLC

Other than the persons and entities listed above, Plaintiff is not aware of any persons, associations, firms, partnerships, corporations, or entities having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

3.

**The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

**Plaintiffs:** Virgil "Jay" Jordan
TX SBN: 24004728
MCCALLA RAYMER LEIBERT PIERCE, LLP
1320 Greenway Drive, Suite 780
Irving, TX 75038-2550
Phone: 469-409-4236
Jay.jordan@mccalla.com

**Defendant Endeavor Group, LLC:**
UNKNOWN

**Defendants Pramukh Mahant**
**Senior Living Fort Worth, LLC:**
UNKNOWN

Other than those listed above, Defendant is unaware of any other persons serving as attorneys for the parties in this proceeding.

4.

**The undersigned further certifies that the following is a full and complete list of all parties identity and citizenship:**

**Plaintiff:** American Community Lending Holdings, LLC f/k/a Caz Creek Lending Holdings, LLC

Texas registration and principal office

**Defendant:** Endeavor Real Estate Group, LLC

Wyoming registration and principal office

Pramukh Mahant Senior Living Fort Worth, LLC

Kentucky registration and principal office

RESPECTFULLY SUBMITTED, this the 13th day of May, 2026.

*/s/ Virgil "Jay" Jordan*
Virgil "Jay" Jordan
Texas Bar No. 24004728
McCalla Raymer Leibert Pierce LLP
1320 Greenway Drive, Suite 780
Irving, Texas 75038-2550
469-409-4236 – Phone
Jay.Jordan@mccalla.com
*Counsel for Plaintiff American Community Lending Holdings, LLC f/k/a Caz Creek Lending Holdings, LLC*