CAUSE NO. 4:26-CV-00587-O

| | | |
|---|---|---|
| AMERICAN COMMUNITY LENDING HOLDINGS, LLC F/K/A CAZ CREEK LENDING HOLDINGS,LLC<br>PLAINTIFF | § | |
| | § | UNITED STATES DISTRICT COURT |
| V. | § | |
| | § | FOR THE NORTHERN DISTRICT OF TEXAS |
| ENDEAVOR GROUP REAL ESTATE, LLC, A WYOMING LIMITED LIABILITY COMPANY<br>DEFENDANT | § | |
| | § | |

AFFIDAVIT

1. My name is Shannon Day. I am over the age of 18 years and I am competent to testify to matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

2. I am a private process server and an authorized person to serve process out of this court.

3. I do not have an interest in the outcome of this lawsuit.

4. On 6/26/26 at 1:26 AM/PM (PM circled) received a true copy of the Plaintiff's Original Petition; Citation in the above cause to be delivered to PRAMUKH MAHANT SENIOR LIVING FORT WORTH, LLC, A KENTUCKY LIMITED LIABILITY COMPANY.

5. I attempted to deliver a true copy of the Plaintiff's Original Petition; Citation to PRAMUKH MAHANT SENIOR LIVING FORT WORTH, LLC, A KENTUCKY LIMITED LIABILITY COMPANY at 11165 FRONTAGE ROAD WALTON, KY 41094 on the following dates and times:

______________________________

______________________________

______________________________

______________________________

6. (NON-SERVICE) On the 29th day of June, 2026, at 11:37 AM/PM (AM circled), I non-served a true copy of the Plaintiff's Original Petition; Citation to PRAMUKH MAHANT SENIOR LIVING FORT WORTH, LLC, A KENTUCKY LIMITED LIABILITY COMPANY at 11165 FRONTAGE ROAD WALTON, KY 41094 for the following reason(s)

There is no attendent at the front desk only a kiosk with a live agent that was working remotely. The screen said his name was Smeet. He stated thathe does not know who the defendant is and that the defendant does not own this company or work there.

7. (REQUEST FOR ALTERNATIVE SERVICE) I believe PRAMUKH MAHANT SENIOR LIVING FORT WORTH, LLC, A KENTUCKY LIMITED LIABILITY COMPANY will be given effective notice of the suit by delivering a true copy of the Plaintiff's Original Petition; Citation to anyone over sixteen years of age or by securely attaching to the front door at ______________________.

8. (PERSONAL SERVICE) On the _______ day of _______, 202__, at ___:___AM/PM, I executed service by personally hand delivering a true copy of the Plaintiff's Original Petition; Citation to PRAMUKH MAHANT SENIOR LIVING FORT WORTH, LLC, A KENTUCKY LIMITED LIABILITY COMPANY at 11165 FRONTAGE ROAD WALTON, KY 41094.

**I hereby swear and affirm that the foregoing is true and correct to the best of my knowledge.**

**Affiant Signature** Shannon Day **ID Number** N/A **Expiration Date** N/A

STATE OF Kentucky
COUNTY OF Woodford

Before me, a notary public, on this day personally appeared the above-named person, who

[X] is personally known by me to be
[ ] has produced his/her ________________ as identification demonstrating the he/she is

The person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and fact therein are within his/her personal knowledge and experience to be true and correct. Given under my hand and seal of office on this 15th day of July, 2026.

Notary Public Signature Brittany Rue Notary Name Printed Brittany Rue My commission expires: 1-25-27

**Provest, LLC - Oklahoma** 5100 N. Brookline Ave, Suite 125 Oklahoma City, OK 73112 (405) 843-6700

File Number: 26-03567TX

Brittany Dawn Rue
Notary Public, ID KYNP65685
State at Large, Kentucky
My Commission Expires on Jan. 25, 2027