**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

AMERICAN COMMUNITY LENDING HOL
Plaintiff

v.

CASE NO. 4:26-CV-587
Civil Action No.

ENDEAVOR GROUP REAL ESTATE, LLC,
Defendant

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

ENDEAVOR GROUP REAL ESTATE, LLC, a a Wyoming limited liability company AND PRAMUKH MAHANT SENIOR LIVING FORT WORTH, LLC, a Kentucky limited liability company

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

The Defendants in this matter are limited liability companies - N/A.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Defendant Endeavor Group Real Estate, LLC is a Wyoming limited liability company whose members are Nishant Patel, Avi Patel, and Babylon AR, LLC. Babylon AR, LLC is a Wyoming limited liability company whose sole member and manager is Richard Rubin. Pramukh Mahant Senior Living Fort Worth, LLC is a Kentucky limited liability company whose sole member and manager is HK Patel.

| | |
|---|---|
| Date: | July 17, 2026 |
| Signature: | /s/ Jourdan Wallace |
| Print Name: | Jourdan Wallace |
| Bar Number: | 24090453 |
| Address: | 5050 Quorum Dr. Ste. 700 |
| City, State, Zip: | Dallas, Texas 75254 |
| Telephone: | 972-677-7570 |
| Fax: | 713-255-4426 |
| E-Mail: | jwallace@silblawfirm.com |


**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.