CAUSE NO. 4:26-CV-00587-O

AMERICAN COMMUNITY LENDING HOLDINGS, LLC F/K/A CAZ CREEK LENDING HOLDINGS,LLC
PLAINTIFF

V.

ENDEAVOR GROUP REAL ESTATE, LLC, A WYOMING LIMITED LIABILITY COMPANY
DEFENDANT

§ UNITED STATES DISTRICT COURT
§ FOR THE NORTHERN DISTRICT OF TEXAS

AFFIDAVIT

1. My name is Dustin Looper. I am over the age of 18 years and I am competent to testify to matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

2. I am a private process server and an authorized person to serve process out of this court.

3. I do not have an interest in the outcome of this lawsuit.

4. On 6/26/26 at 11:10 AM/PM, I received a true copy of the Plaintiff's Original Petition; Citation in the above cause to be delivered to ENDEAVOR GROUP REAL ESTATE, LLC.

5. I attempted to deliver a true copy of the Plaintiff's Original Petition; Citation to ENDEAVOR GROUP REAL ESTATE, LLC at 30 NORTH GOULD STREET SUITE N SHERIDAN, WY 82801 on the following dates and times:

6. **(NON-SERVICE)** On the ________ day of ________, 202__, at ____:____AM/PM, I non-served a true copy of the Plaintiff's Original Petition; Citation to ENDEAVOR GROUP REAL ESTATE, LLC at 30 NORTH GOULD STREET SUITE N SHERIDAN, WY 82801 for the following reason(s)

7. **(REQUEST FOR ALTERNATIVE SERVICE)** I believe ENDEAVOR GROUP REAL ESTATE, LLC will be given effective notice of the suit by delivering a true copy of the Plaintiff's Original Petition; Citation to anyone over sixteen years of age or by securely attaching to the front door at ________________________________.

8. **(PERSONAL SERVICE)** On the 26 day of June, 2026, at 2:35 AM/PM, I executed service by personally hand delivering a true copy of the Plaintiff's Original Petition; Citation to ENDEAVOR GROUP REAL ESTATE, LLC at 30 NORTH GOULD STREET SUITE N SHERIDAN, WY 82801. c/o Northwest Registered Agent Service Inc - Heather Reynolds (intake specialist for registered agent)

**I hereby swear and affirm that the foregoing is true and correct to the best of my knowledge.**

**Affiant Signature** [signature] **ID Number** WY.NA **Expiration Date** NA

STATE OF Wyoming
COUNTY OF Sheridan

Before me, a notary public, on this day personally appeared the above-named person, who

[X] is personally known by me to be

[ ] has produced his/her ____________________ as identification demonstrating the he/she is

The person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and fact therein are within his/her personal knowledge and experience to be true and correct. Given under my hand and seal of office on this 16 day of July, 20 26

Notary Public Signature [signature] Notary Name Printed J. Redfox Spang My commission expires: Oct 8-2031

**Provest, LLC - Oklahoma** 5100 N. Brookline Ave, Suite 125 Oklahoma City, OK 73112 (405) 843-6700

File Number: 26-03567TX

J. REDF[illegible] SPANG
Notary Public - State of Wyoming
Commission ID: 171750
My Commission Expires Oct. 8, 2031