Virgil "Jay" Jordan, SBN 24004728
**MCCALLA RAYMER LEIBERT PIERCE, LLP**
1320 Greenway Dr., Suite 780
Irving, Texas 75038
Telephone/Facsimile: (469) 409-4236
Email: Jay.Jordan@McCalla.com
File No. 26-04400TX

Attorneys for Defendants,
Loandepot.com, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

| | |
|---|---|
| AMERICAN COMMUNITY LENDING HOLDINGS, LLC f/k/a CAZ CREEK LENDING HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ENDEAVOR GROUP REAL ESTATE, LLC, a Wyoming limited liability company AND PRAMUKH MAHANT SENIOR LIVING FORT WORTH, LLC, a Kentucky limited liability company<br><br>Defendants. | Case No.: 4:26-cv-587<br><br>**JOINT STATUS REPORT** |

Defendants Endeavor Group Real Estate, LLC and Pramukh Mahant Senior Living Fort Worth, LLC ("Defendant") and Plaintiff American Community Lending Holdings, LLC f/k/a

Caz Creek Lending Holdings, LLC ("Plaintiff"), files this Joint Status Report in compliance with FRCP 16(b) and 26(f) as follows:

**Nature of the Case**

The Plaintiff alleges that Defendants are in default on a matured loan. The loan having matured on December 1, 2025. As security for payment of the loan, the Defendants agreed to pledge their ownership interest in two entities. To date, the Defendants have neither made payment under the loan or turned over the pledged ownership interest.

The key issue is the default under the loan and the refusal of Defendants to turnover the ownership interests pledged as security therefore.

Defendant denies all allegations of Plaintiff.

Plaintiff seeks to have the interests of Defendants in Endeavor Group Real Estate, LLC and Pramukh Mahant Senior Living Fort Worth, LLC turned over to it pursuant to the stated agreements and judgment for the entire amount of the debt which totals at least $6,155,325.06.

**Jurisdiction**

Plaintiff claims diversity of the parties under 28 U.S.C §1332(a)(1). Plaintiff claims sufficient contacts with Texas on behalf of Defendant and damages sufficient to sustain the jurisdictional choice of Plaintiff. Defendant does not challenge the jurisdiction of the Court.

**Pending or Contemplated Motions**

Motions may be contemplated as facts develop. Defendant currently does not contemplate any motions, but reserves all rights to file any that become advisable during the pendency of the suit. Plaintiff contemplates filing a Motion for Summary Judgment and any other motions that become advisable during the pendency of the suit.

**Deadlines to File Motions, Amend Pleadings, and Join Additional Parties**

Joint Proposed Deadlines

Joinder of Parties December 14, 2026

Amend Pleadings December 14, 2026

Motions Filed by January 11, 2027

**Deadlines to File Dispositive Motions and Pre-Trial Motions**

Joint Proposed Deadlines

Dispositive Motions January 11, 2027

Pre-Trial Motions May 3, 2027

**Discovery Plan**

The parties propose discovery by the Rules with all limitations and deadlines contained therein.

Without knowing requests to be made, neither party expects any issues with accessibility, however, both anticipate claiming privilege for any documents deemed to be protected by attorney-client privilege, attorney work product privilege, and those created in anticipation of litigation. It is possible that documents may be requested outside of the parties' care and control which may create an issue. While no protective order is anticipated at this time, the parties reserve the right to request a conference with the Court to obtain a ruling.

Discovery deadline March 1, 2027

**Discovery Limitations**

The parties request that discovery be conducted as that most clearly proportional to the needs of the case.

**Stipulated Facts**

The parties stipulate that the underlying loan has matured and the full balance is due and owing.

**Discovery Limitations**

The presumptive limits of Federal Rules of Civil Procedure 36 are accepted by the parties. No additional limitations on discovery are required.

**Deadline to Designate Experts**

Joint Proposed Deadline

Expert Designation April 10, 2026

No further orders are anticipated at this time.

**Proposed Trial Date**

Proposed Trial Date

Pre-Trial Hearing May 3, 2027

Trial Date May 10, 2027

**Consent to Magistrate**

There has been no jury demanded in this matter.

The parties consent to the Magistrate Judge hearing all matters.

**Conclusion**

The parties conferred on July 31, 2026 via phone. Agreement was made on the issues discussed herein. The Joint Status Report was provided to Plaintiff, by Defendant's counsel on August 5, 2026 for review and signature of same via email.

DATED: August 5, 2026

**MCCALLA RAYMER LEIBERT PIERCE, LLP**

By: *_/s/ Virgil "Jay" Jordan_*
**VIRGIL "JAY" JORDAN**,
Attorneys for Defendant
LOANDEPOT.COM, LLC

**Silberman Law Firm, PLLC**

By: *_/s/ Jourdan Wallace_*
**Jourdan Wallace**
Texas Bar No. 24090453
Email: jwallace@silblawfirm.com
5050 Quorum Dr. Ste. 700
Dallas, Texas 75254
Tel. (972) 677-7570
Fax. (713) 255-4426