**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **AMERICAN COMMUNITY LENDING HOLDINGS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00587-O** |
| | § | |
| **ENDEAVOR GROUP REAL ESTATE, LLC, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

**IT IS HEREBY ORDERED** that the above captioned matter is reassigned to United States Magistrate Judge Hal Ray for the conducting of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties. *See* ECF No. 13.

**SO ORDERED** on this **19th day** of **August, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE