Virgil "Jay" Jordan, SBN 24004728
**MCCALLA RAYMER LEIBERT PIERCE, LLP**
1320 Greenway Dr., Suite 780
Irving, Texas 75038
Telephone/Facsimile: (469) 409-4236
Email: Jay.Jordan@McCalla.com
File No. 26-04400TX

Attorneys for Plaintiff,
American Community Lending Holdings, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

| | |
|---|---|
| AMERICAN COMMUNITY LENDING HOLDINGS, LLC f/k/a CAZ CREEK LENDING HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ENDEAVOR GROUP REAL ESTATE, LLC, a Wyoming limited liability company and PRAMUKH MAHANT SENIOR LIVING FORT WORTH, LLC, a Kentucky limited liability company<br><br>Defendants. | Case No.: 4:26-cv-587<br><br>**NOTICE OF SERVICE OF INITIAL DISCLOSURES** |

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's Order, Defendant hereby notifies the Court that it has served its Initial Disclosures on all counsel of record.

The Initial Disclosures were served on August 26, 2026 in compliance with the requirements of the Rule26(a) and the deadline set for in the Court's Order. In accordance with

Federal Rule of Civil Procedure 5(d)(1)(A), the Initial Disclosures have not been filed with the Court.

DATED: August 26, 2026

**MCCALLA RAYMER LEIBERT PIERCE, LLP**

By: *_/s/ Virgil "Jay" Jordan________*
**VIRGIL "JAY" JORDAN**,
Attorneys for Plaintiff
AMERICAN COMMUNITY LENDING HOLDINGS, LLC